**IN THE**

**UNITED STATES DISTRICT COURT**

**District of Connecticut**

**OLUWASHINA KAZEEM AHMED-AL-KHALIFA**

Petitioner

Vs.

**The Kingdom of Spain**

Defendant

Jury Demanded by Trial

3:13-CV-271-CSH

# COMPLAINT

In 1840, a federal trial court found that the initial transport of the Africans across the Atlantic (which did not involve *La Amistad*) had been illegal, because the <u>international slave trade</u> had been abolished, and the captives were thus not legally slaves but free. Given that they were illegally confined, the Africans were entitled to take whatever legal measures necessary to secure their freedom, including the use of force. Atfer the US Supreme Court affirmed this finding on March 9, 1841, supporters arranged transportation for the Africans back to Africa in 1842- See United States v. Amistad, 40 U.S. 518 (1841).

## Issue

The Trial and Travail of my descendant, **the Mende people**, who were illegally captured and shipped to Cuba and further to the United States of America and finally freed by a United States Court and were not compensated-See Amistad, 40 U.S. 518 (1841).

## Jurisdiction

Jurisdiction is proper pursuant to The Alien Tort Statue(28 U.S.C # 1350, ATS, also called the Alien Tort Claim Act(ACTA)) is a Section of the United States Code that reads. "The District Court shall have original jurisdiction in any civil

action by an alien for a tort only, committed in violation of the Law of Nations or a treaty of the United States." This Statue is notable for allowing U.S. Courts to hear human-rights cases brought by foreign citizen for conducts committed outside the United States.

The Torture Victim Protection Act(TVPA), passed and signed into law by President George H.W.Bush in 1992, gives similar rights to U.S. citizen and non-citizen alike to bring claims for torture and extrajudicail killings committed in foreing countries.

Alien Tort Statue cases was vindicated by the U.S. Supreme Court. In its 2004 ruling in Sosa V. Alvarez-Machain, the Court held that the ATS grants federal courts jurisdiction over claims based on specifically defined, universally accepted and obligatory norms of international law. In establishing this standard, the Court effectively gave the green light to use the ATS as a means of redress for severe human rights abuse.

United States v. Libellants and Claimants of the Schooner Amistad, 40 U.S.518(1841).

Cabello v. Fernandes-Larios 402 F.3d 1148(11th Cir. 2005)


## **Statement of Fact**

Plaintiff is a 23 year old Awori tribe of Lagos State in the present day Nigeria.

Last Prophet of Islam, Muhammad (S.A.W), whose revelations encompassing political and social as well as religious principles, became the basis of Islamic civilization and have had a vast influence on world history.

Muhammad was born in Mecca. He belong to the clan of Hashim, a poor but respected branch of the prestigious and influential tribe of Quraysh. His father died before he was born. After his mother's death when he was six, he was brought up by his grandfather Abdal-Muttalib, and after his grandfather's death his uncle Abu Talib. Pensive and withdraw in temerature, he displayed an acute moral sensitivity at an early age, and he was known as al-Amin("the trusted one").

During the early 7th century, a trader named Muhammad(S.A.W) was meditating in cave near Mecca in what is now Saudi Arabia, when he experienced a vision of the archangel Gabriel who declared Muhammad to be a prophet of God. Other revelations followe, and Muhammad began to preach to others, reciting on verse the instructions he had received from God. These revelations became the Koran, the sacred scripture of Islam. In this passsage from Muhammad's teachings, he teaches his followers, called Muslims, to lead a righteous life through their faith and works. Muhammad's earliest teachings emphasized hs belief in one transcedent but personal God, the Last Judgement, and social and economic justice. God, he asserted, had sent prophets to other nations throuhgout history, but having failed to reform, those nations had been destroyed.

Insiting on the necessity of social reforms, Muhammad advocate improving the lot of slave, orphans, women, and the poor and replacing tribal loyalies with fellowship Islamic faith. This egalitarian and reformist tendency quickly aroused the enmity of the rich merchants who dominated Mecca. They persecuted some of Muhammad's weaker followers, and **in 615 he ordered 83 families to take refuge in Ethiopia.**

History infromed that my desendant the Mende People were part of 83 families who left Mecca to Ethiopia and then Sudan and from Sudan to Sierra Leone, Liberia and thereafter to the present day Mende Village Maryland, Lagos Nigeria-The present day Mende People of Nigeria which constitute the **Aworis**, Eguns, and Egbados.

## Conclusion

It should be noted that the capture, enslavement of my desendants into Cuba and United States of America was illegal as international slave trade had been abolished before the said capture took place.

## Relief Sought

The compensation due to the illegal enslavement of my desendants be paid to me.

3

Respectfully submitted,

*Ahmed* 01/29/2013

Oluwashina Kazeem Ahmed-Al-Khalifa

5 Robert Onadipe Street
Gbagada Phase 1
Shomolu, Pedro
Lagos, Nigeria

Email: oahmed005@yahoo.com

Mobile : 00234 810 380 4404

**MENDE PEOPLE**

Posted on by Esther Moses



Mende Masquerade

The Mende people are a large group who live predominantly in Sierra Leone, West Africa. They are one of the two largest and most dominant ethnic groups in Sierra Leone. They make up about 30% of Sierra Leone's total population. They are mostly farmers and hunters.

The Mendes are divided into two groups: The Halemo, who are members of the hale or secret societies and The Kpowa, who are people who have not been initiated into the hale. The Mende believes that all human and scientific power is passed down through the secret societies.

Mende language is spoken amongst the Mende people and other Sierra Leonean ethnic groups as a regional lingua franca in southern Sierra Leone and neighboring Liberia.

Their cultural and oral traditions indicates that Mende people emigrated from the Western Sudan between the 2nd and 16th centuries, and are a fraction of the larger Mende society and linguistic groups. Ethnologists identify three different sub-groups. The Kpa-Mende lived to the west in the coastal bush, while the Sewa Mende are in the central forests. The Ko-Mende (or Kolo Mende) also lived in the forests but generally to the north of the Sewa.

From the 16th through the 18th centuries, hundreds of thousands of Mendes were captured and transported to America as slaves. Regional warfare throughout the 19th century led to the capture and sale of many Mende-speakers into slavery. Most notable were those found aboard the Amistad in 1839. They eventually won their freedom and were repatriated. This event involved fifty-two Mende tribesmen, purchased by Portuguese slavers in 1839, who were shipped through the Middle Passage to Havana, Cuba, where they were sold to Cuban sugar plantation owners. On their way to another sugar plantation aboard ship, they were led in a rebellion by Sengbe Pieh and escaped their bondage. They told the crew to return them to Africa. Their efforts to return home were frustrated by the ship's remaining crew, who navigated up to the United States. The ship was intercepted off Long Island, New York, by a U.S. Coastal brig.

Mende Women

In the United States, researchers have discovered that elements of African culture had long persistence. In some areas where there were large groups of enslaved Africans, they kept much of their heritage, always recreating it in new forms in their new settlement. In the 1930s African-American linguist Lorenzo Dow Turner found a Gullah family in coastal Georgia who had preserved an ancient song in the Mende language ("A waka"), passing it down for 200 years. In the 1990s three modern researchers Joseph Opala, Cynthia Schmidt, and Tazieff Koroma were said to have located a Mende village in Sierra Leone where the same song is still sung today.